UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---

IN RE:  REQUEST FROM Brazil       )   NO.
        FOR LEGAL ASSISTANCE      )
        IN THE CRIMINAL MATTER OF )   **04**MBD **10075**
        COPYRIGHT INFRINGEMENT    )

---

### APPLICATION FOR ORDER PURSUANT TO
### TITLE 28, UNITED STATES CODE, SECTION 1782

The United States of America, by and through its counsel, Corbin A. Weiss, Trial Attorney, Criminal Division, Computer Crime and Intellectual Property Section, applies to this Court for an Order, pursuant to Title 28, United States Code, Section 1782; the Treaty with Brazil on Mutual Legal Assistance in Criminal Matters ("Treaty"); and the Court's own inherent authority, appointing Corbin A. Weiss as Commissioner to collect evidence from witnesses and to take such other action as is required to execute the attached request from Brazil made

//

//

//

//

//

//

//

//

pursuant to the Treaty.

                            Respectfully submitted,

                            CHRISTOPHER WRAY
                            Assistant Attorney General,
                            Criminal Division
                            U.S. Department of Justice

By: _____
                            Corbin A. Weiss
                            Trial Attorney,
                            U.S. Department of Justice,
                            Criminal Division,
                            Computer Crime and Intellectual
                                Property Section
                            10th and Constitution Avenue, N.W.
                            John C. Keeney Building, Suite 600
                            Washington, D.C.  20530
                            (202) 514-1564

Dated:   3/10/04