UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE: REQUEST FROM Brazil ) NO. 04mc/0075
FOR LEGAL ASSISTANCE )
IN THE CRIMINAL MATTER OF )
COPYRIGHT INFRINGEMENT )

ORDER

Upon application of the United States, and upon review of the request for legal assistance of November 2003 from Brazil seeking evidence for use in an investigation of criminal copyright infringement, in violation of the penal code of Brazil, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the Treaty with Brazil on Mutual Legal Assistance in Criminal Matters; Title 28, United States Code, Section 1782; and this Court's inherent authority, that Corbin A. Weiss is appointed as a Commissioner of this Court and is hereby directed to execute the Request for Assistance pursuant to the Treaty with Brazil on Mutual Legal Assistance in Criminal Matters by:

1. taking such steps as are necessary, including issuance of Commissioner's subpoenas, to collect the evidence requested;

2. providing notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3. adopting procedures to collect the evidence requested consistent with its use as evidence in the investigation or proceeding for which Brazil has requested assistance, which procedures may be specified in the request or provided by or with the approval of the Brazilian Central Authority under the Treaty;

4. seeking such further Orders of this Court as may be necessary to execute this request; and

5. certifying and submitting the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that Office for transmission to Brazil.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, Trial Attorneys from the Department of Justice, Assistant United States Attorneys, Special Agents of the Federal Bureau of Investigation, Internal Revenue Service, United States Customs Service and/or representatives Brazil.

Dated: 7/16/04

UNITED STATES DISTRICT JUDGE

2