FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT

2004 APR 27  A 9: 29

FOR THE DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
- - - - - - - - - - - - - - - - - - - - - - - -
IN RE:  REQUEST FROM Brazil        )   NO. 04-MC-0075
        FOR LEGAL ASSISTANCE       )
        IN THE CRIMINAL MATTER OF   )
        COPYRIGHT INFRINGEMENT      )
- - - - - - - - - - - - - - - - - - - - - - - -
```

<u>CERTIFICATION</u>

I, Corbin A. Weiss, Attorney, U.S. Department of Justice,
Criminal Division, Computer Crime and Intellectual Property
Section, having been appointed Commissioner by Order of this
Court filed on March 16, 2004, for the purpose of taking evidence
in accordance with the request of the Country of Brazil, certify
that attached hereto are:

1.    A true and correct copy of a Facsimile cover sheet;

2.    A true and correct copy of one page containing "Membership
      Information" from Terra Lycos;

3.    A true and correct copy of one page containing a "log"
      summary.

Specifically, I certify that on or about March 23, 2004, I
served a Commissioner's subpoena upon Lycos, Inc., in Waltham,
MA, to obtain basic subscriber information pertaining to the
electronic mail account <u>"Ipanemagirls@mailcity.com."</u>  On or about
March 29, 2004, Lycos, Inc., complied with the subpoena by

//

//

sending to me, via facsimile, the foregoing information.

Corbin A. Weiss
Commissioner

Dated: This ___5th___ day of ___April___, 2004.



Lycos Inc.
100 5th Avenue
Waltham, MA 02451
FAX: 781.466.7000

terra
lycos

# Fax

| **To:** | Corbin Weiss | **From:** | Jaime Carney |
| **Phone:** | (202) 514-1564 | **Pages:** | 3 |
| **Fax:** | (202) 305-1744 | **Date:** | 3/29/2004 |
| | | **CC:** | |
| **Re:** | Subpoena | | |

## PERSONAL AND CONFIDENTIAL

The information contained in this facsimile message and any attachment is privileged and confidential
information intended for only the individual or entity named above. If you are not the intended recipient,
you are hereby notified that any disclosure, dissemination, or copying of this communication is strictly
prohibited.  If you have received this communication in error, please notify us immediately at the
telephone number listed below.

Thank you,

Jaime Carney
Network Abuse Manager
Terra Lycos
(781) 466-7029



terra
lycos

# MEMBER INFORMATION

| | |
|---|---|
| Member Name: | ipanema.girls |
| Sign-up IP: | NA |
| Full Name: | **Girls from ipanema** |
| Email Address: | accesspass@lycos.com |
| Create Time: | Thu Jan 20 07:21 2000 |
| Last Updated: | Fri Dec 5 23:56 2003 |
| Address: | Street: **Rua Ipanema 100** |
| | City: **Rio de Janeiro** |
| | State: **RJ** |
| | Zip Code: 90215 |
| | Phone: **NA** |
| Country: | **Brazil** |
| Birthday: | 1/1/1975 |

3/29/2004

jcarney

This represents the extent of the information that we received at the time of registration.  We cannot verify the authenticity of the actual member data.

\\Netapp1\Abuse\Subponeas\Lycos Mail\Subpoena\ipanema.girls@mailcity.com\MEMBER INFORMATION.doc

ipanema.girls                    logs
                    Sat Mar 20 19:59:25 2004    68.6.121.135